IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.O.A. CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-160C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 31 days, to and including June 11, 2007, within which to file its answer or other responsive pleading. Defendant's response to the complaint is presently due on May 11, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has attempted to contact plaintiff's counsel by telephone and e-mail but has not been able to speak with him.

This motion is necessary to enable counsel to prepare adequately the Government's response given the nature of this case, as well as counsel's other responsibilities. The contract that is the subject of the dispute is complex and has many discrete parts, and the Government is presently gathering the necessary information to properly answer the complaint and, possibly, assert a counterclaim.

Moreover, Government counsel is required to prepare for and conduct oral argument before the United States Court of Appeals for the Federal Circuit in Larry J. Nelson v. R. James Nicholson, Sec'y of Veterans Affairs, Fed. Cir. No. 2006-7314, on May 7, 2007. Additionally, Government counsel will be out of the office on official travel from May 13 through May 17, 2007. Accordingly, the Government requires additional time to complete its response to plaintiff's complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for a 31-day enlargement of time within which to file its answer or other responsive pleading.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

May 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of May, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo