# In the United States Court of Federal Claims

No. 07-160C
(Filed: October 3, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
J.O.A. CONSTRUCTION CO., INC.,
A Michigan Corporation,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Tuesday, October 23, 2007, 10:00 a.m., to discuss the parties' Joint Preliminary Status Report. The call will originate from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge