# In the United States Court of Federal Claims

No. 07-160C
(Filed: October 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
J.O.A. CONSTRUCTION CO., INC.,
A Michigan Corporation,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the representations made in the September 25, 2007 Joint Preliminary Status Report and the telephonic status conference held on October 23, 2007, the court adopts the following schedule for discovery:

1. The parties shall exchange initial disclosures on or before November 1, 2007.

2. The parties shall serve all written discovery on or before March 3, 2008.

3. The parties shall designate their experts on or before February 1, 2008.

4. The parties shall complete all fact depositions on or before June 2, 2008.

5. The parties shall disclose expert reports on or before July 1, 2008.

6. The parties shall complete all depositions of experts on or before September 1, 2008.

7. All discovery shall be completed on or before November 3, 2008.

The court will schedule a telephonic status conference to take place in approximately 90 days to discuss the progress of discovery and further proceedings in this case.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge