# In the United States Court of Federal Claims

No. 07-160C
(Filed: February 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
J.O.A. CONSTRUCTION CO., INC.,
A Michigan Corporation,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the agreement of the parties and the scheduling order filed on October 25, 2007, a telephonic status conference will be held on Wednesday, February 20, 2008, at 3:00 pm EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge