IN THE UNITED STATES FEDERAL COURT OF CLAIMS

J.O.A. CONSTRUCTION CO., INC.,
A Michigan corporation

Plaintiff

V

Case Number: 07-160C
Senior Judge Brugginlk

THE UNITED STATES.

Defendant

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff respectfully requests as enlargement of time of 31 days, to and including September 17, 2007, within to file its Joint Preliminary Status Report. The Joint Preliminary Status Report is presently due August 17, 2007. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has contacted Defendant's counsel, who has no objection to the granting of an enlargement of time as requested.

This motion is necessary for the Plaintiff's counsel to complete the preparation of its status report and to give Defendant's counsel sufficient time to add its required statements also.

Plaintiff's counsel has been out of the country for several weeks during the time allowed for the production of the status report and counsel has underestimated the time required to complete the preparation of such status report.

For these reasons Plaintiff respectfully requests that the Court grant its motion for a 31 day enlargement of time to file its Joint Preliminary Status Report.

/s/ John K. Grylls
JOHN K. GRYLLS
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
Tel: (313) 885-0123
Fax: (313) 886-7699

PETER D. KEISLER
Assistant Attorney General

JEANNE E DAVIDSON
Director

MARTIN F. HOCKEY, JR.
Assistant Director

ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L. Street, NW
Washington DC 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Date: August 16, 2007

Attorneys for Defendant