IN THE UNITED STATES FEDERAL COURT OF CLAIMS

J.O.A. CONSTRUCTION CO., INC.,
A Michigan corporation

Plaintiff

V

Case Number: 07-160C
Senior Judge Brugginlk

THE UNITED STATES.

Defendant

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff respectfully requests as enlargement of time of 31 days, to and including June 12, 2008, within to file its Response to Defendants Motion to Dismiss in Part. The Response is presently due May 12, 2008. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has contacted Defendant's counsel, who has no objection to the granting of an enlargement of time as requested.

This motion is necessary for the Plaintiff's counsel to complete the preparation of its response.

Plaintiff's counsel has been out of the country for several weeks during the time allowed for the production of the Response and counsel has underestimated the time required to complete the preparation of such Response.

For these reasons Plaintiff respectfully requests that the Court grant its motion for a 31 day enlargement of time to file its Response to Defendants Motion to Dismiss in Part .

May 12, 2008

/s/ John K. Grylls

JOHN K. GRYLLS
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
Tel: (313) 885-0123
Fax: (313) 886-7699