IN THE UNITED STATES FEDERAL COURT OF CLAIMS

J.O.A. CONSTRUCTION CO., INC.,
A Michigan corporation

Plaintiff

Case Number: 07-160C
Senior Judge Brugginlk

V

THE UNITED STATES.

Defendant

**PLAINTIFF'S MOTION TO WITHDRAW MIS-FILED MOTION**

Plaintiff respectfully requests the Court ignore the previously submitted motion under the Filing entitled "Motion for Extension of Time until 6/12/08 to Respond to Defendant's Motion to Dismiss in Part that was accompanied by the incorrect Motion for an Enlargement of Time referring to the Joint Preliminary Status Report.

This Motion to withdraw the erroneous Motion for an Enlargement of Time is based upon the failure of counsel to have appropriately attached the correct Motion file.

May 12, 2008

/s/ John K. Grylls
JOHN K. GRYLLS
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
Tel: (313) 885-0123
Fax: (313) 886-7699