# In the United States Court of Federal Claims

No. 07-160C
(Filed: May 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
J.O.A. CONSTRUCTION CO., INC.,
A Michigan Corporation,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending now is plaintiff's motion for an enlargement of time to file its response to defendant's motion for partial dismissal. The motion is unopposed. For good cause shown, the motion for an enlargement is granted. Plaintiff shall file its response to defendant's motion for partial dismissal on or before June 12, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge