IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.O.A. CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-160C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF DISCOVERY

Pursuant to Rule 26 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, J.O.A. Construction Co., Inc. ("J.O.A."), and defendant, the United States, respectfully request that the Court stay discovery in this case until it rules on the Government's motion to dismiss, in part, which was filed on April 11, 2008. Prior to the Government's motion, the parties had substantially completed written discovery; however, no depositions had been taken. Pursuant to the Court's October 25, 2007 scheduling order, fact depositions must be completed by June 2, 2008.

On May 14, 2008, the Court granted J.O.A.'s request for an extension of time to respond to the Government's motion until June 12, 2008. Because the resolution of the motion may affect the scope of discovery, the parties agree that a short stay pending the Court's decision is desirable. Upon the Court's decision, the parties request the opportunity to file an amended discovery schedule.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/John K. Grylls
JOHN K. GRYLLS
John K. Grylls, PC
18430 Mack Avenue
Grosse Point Farms, MI 48236
Tel: (313) 885-0123
Fax: (313) 886-7699

Attorney for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

May 19, 2008

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May, 2008, a copy of the foregoing "JOINT MOTION FOR A STAY OF DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo