# In the United States Court of Federal Claims

No. 07-160C
(Filed: May 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
J.O.A. CONSTRUCTION CO., INC.,
A Michigan Corporation,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' May 19, 2008 joint motion for a stay of discovery until the court rules on the government's motion to dismiss, in part. For good cause shown, the motion is granted. Within 10 days of the court's ruling upon defendant's motion to dismiss, the parties shall file either a joint status report or a motion for an amended discovery schedule.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge