IN THE UNITED STATES FEDERAL COURT OF CLAIMS

J.O.A. CONSTRUCTION CO., INC.,
A Michigan corporation

Plaintiff

Case Number: 07-160C

V

Senior Judge Brugginlk

THE UNITED STATES.

Defendant

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff respectfully requests a second enlargement of time of 30 days, to and including July 11, 2008, within to file its Response to Defendants Motion to Dismiss in Part. The Response was presently due June 12, 2008. This is Plaintiff's second request for an enlargement of time for this purpose. Plaintiff's counsel has contacted Defendant's counsel, who has no objection to the granting of an enlargement of time as requested.

This motion is necessary for the Plaintiff's counsel to complete the preparation of its response.

Plaintiff's counsel had sought the assistance of another attorney who has the confidence of the Plaintiff's president and has had experience in the practice before this court but has been unable to produce the Response to Defendant's Motion to Dismiss in Part.

For these reasons Plaintiff respectfully requests that the Court grant its motion for a 30 day enlargement of time to file its Response to Defendants Motion to Dismiss in Part.

June 27, 2008

/s/ John K. Grylls

JOHN K. GRYLLS
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
Tel: (313) 885-0123
Fax: (313) 886-7699