IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.O.A. CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-160C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION TO DISMISS, IN PART

Defendant respectfully requests an enlargement of time of 30 days, to and including August 27, 2008, within which to file its reply to plaintiff's response to our motion to dismiss, in part, which is currently due on July 28, 2008. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose our request.

The reason for this request is that defendant's counsel of record will be out of the office from July 19 through July 26, 2008, in connection with the case of Great Lakes v. United States, No. 07-218C (Fed. Cl.) (a hearing is set in West Palm Beach, Florida for July 21, 2008) and four days vacation. He will be out of the office again from August 9 through 16, 2008, in connection with the taking and defending of depositions in the case of Aliamanu Conservation Partners, Inc., v.

United States, No. 07-134C (Fed. Cl.).

Accordingly, Defendant requests a 30-day enlargement of time within which to reply to plaintiff's response to our motion to dismiss, in part.

Respectfully,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

J. Mackey Ives
Litigation Attorney
General Litigation Branch
Army Litigation Center
901 N. Stuart Street, Ste. 400
Arlington, VA 22203

July 11, 2008

CERTIFICATE OF FILING

I hereby certify that on this 11th day of April, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS, IN PART" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo