# In the United States Court of Federal Claims

No. 07-160C
(Filed: August 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
J.O.A. CONSTRUCTION CO., INC.,
A Michigan Corporation,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic oral argument on Defendant's Motion to Dismiss pursuant to Rule 12(b)(1) as to Counts I and II of the complaint, and Rule 12(b)(6) as to Count III of the complaint will be held on Tuesday, October 7, 2008 at 10:00am (EST).

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge